UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.                    )<br>)<br>BRANDON DELGADO    )<br>)<br>_____) | CRIMINAL NO.<br>05- M - 0406− RBC |

### DEFENDANT BRANDON DELGADO'S MOTION FOR AUTHORIZATION FOR PRETRIAL SERVICES TO INTERVIEW A PROPOSED CUSTODIAL SUPERVISOR

The defendant Brandon Delgado ("Delgado") is presently under an order of detention that was entered without prejudice.  Delgado intends to seek pretrial release and will propose Ms. Ann Kelley, his second cousin, as a custodial supervisor, pursuant to 18 U.S.C. § 3142(c)(B)(i).  Ms. Kelley resides at 3 Aucoot Rd., 2nd Floor, Mattapoisett, MA  02739 with her two children.  She is presently employed as the manager of an adult residential facility in South Dartmouth Massachusetts that is operated by "Better Community Living" and funded by the Massachusetts Department of Mental Retardation.  Ms. Kelley has been advised of the responsibilities of a custodial supervisor and is willing to act as the defendant's supervisor.

Delgado, through his counsel, understands that Pretrial Services must interview any proposed supervisor.  Delgado, therefore, requests that the court authorize Pretrial Services to interview Ms. Kelley for the purpose of determining whether she would be an appropriate custodial supervisor.

By his attorneys,

s/ Michael J. Liston

_____
Michael J. Liston BBO# 301760
2 Park Plaza, Suite 610
Boston, MA  02118
(617) 426-2281

Dated:  June 16, 2005

2