UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>　　　　　　　　　　　　　　)<br>　　　　v.　　　　　　　　　　)<br>　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　)<br>BRANDON DELGADO　　　　　　)<br>　　　　Defendant.　　　　　　)<br>　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　) | CRIMINAL NO.: 05-CR-10176-RCL<br><br>VIOLATIONS:<br>21 U.S.C. §841(a)(1)-<br>Possession With Intent to<br>Distribute and Distribution<br>of Controlled Substances<br>21 U.S.C. §853- §841(a)(1) -<br>Criminal Forfeiture |

### INDICTMENT

COUNT ONE:    (Title 21, United States Code, §841(a)(1)-
              Possession With Intent to Distribute and
              Distribution of Cocaine Base)

The Grand Jury charges that:

   On or about September 2, 2004, at New Bedford, in the
District of Massachusetts,

**BRANDON DELGADO,**

the defendant herein, did knowingly and intentionally possess
with intent to distribute, and did distribute, cocaine base,
also known as "crack" cocaine, a Schedule II controlled
substance.

   All in violation of Title 21, United States Code, Section
841(a)(1).

<u>COUNT TWO</u>:     (Title 21, United States Code, §841(a)(1)-
               Possession with Intent to Distribute and
               Distribution of Cocaine Base)

The Grand Jury further charges that:

    On or about November 4, 2004, at New Bedford, in the District of Massachusetts,

**BRANDON DELGADO**,

the defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, cocaine base, also known as "crack" cocaine, a Schedule II controlled substance.

    All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT THREE**:    (Title 21, United States Code, §841(a)(1)-
Possession with Intent to Distribute and
Distribution of Cocaine Base)

The Grand Jury further charges that:

On or about November 12, 2004, at New Bedford, in the District of Massachusetts,

**BRANDON DELGADO**,

the defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, cocaine base, also known as "crack" cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

<u>COUNT FOUR</u>:    (Title 21, United States Code, §841(a)(1)-
Possession with Intent to Distribute and
Distribution of Cocaine)

The Grand Jury further charges that:

On or about November 30, 2004, at New Bedford, in the District of Massachusetts,

**BRANDON DELGADO,**

the defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

<u>COUNT FIVE</u>:        (Title 21, United States Code, §841(a)(1)-
                Possession with Intent to Distribute and
                Distribution of Cocaine)

The Grand Jury further charges that:

On or about February 4, 2005, at New Bedford, in the District of Massachusetts,

**BRANDON DELGADO,**

the defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT SIX:**        (Title 21, United States Code, §841(a)(1)-
            Possession with Intent to Distribute and
            Distribution of Cocaine)

The Grand Jury further charges that:

On or about April 4, 2005, at New Bedford, in the District of Massachusetts,

**BRANDON DELGADO,**

the defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE ALLEGATION
## (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offenses alleged in Counts One through Six of this Indictment,

**BRANDON DELGADO**

defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses, including, but not limited to, the following real and/or personal property:

> $5,000 in cash seized on May 26, 2005, from 193 Cottage Street, New Bedford, MA;

and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants --

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

       (e)   has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
JAMES LANG
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; July 13, 2005

Returned into the District Court by Grand Jurors and filed.

_____
DEPUTY CLERK

2:25P

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____    **Category No.** II    **Investigating Agency** ATF

**City** New Bedford    **Related Case Information:**    05-CR-10176-RCL

**County** Bristol    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant    X    New _____
Magistrate Judge Case Number    05-M-0406-RBC
Search Warrant Case Number    05-M-0460-RBC
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    Brandon Delgado    Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address    193 Cottage Street, Apt. 1, New Bedford, MA

Birth date (Year only): 1983    SSN (last 4 #): 7291    Sex M    Race: _____    Nationality: USA

Defense Counsel if known:    Michael Liston    Address: 2 Park Plaza, Suite 610
                                                                   Boston, MA 02116
Bar Number: _____

**U.S. Attorney Information:**

AUSA    James Lang    Bar Number if applicable _____

Interpreter:    ☐ Yes    ☒ No    List language and/or dialect: _____

Matter to be SEALED:    ☐ Yes    ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____    on _____

Charging Document:    ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony    6

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: July 13, 2005    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number (To be filled in by deputy clerk):** _____

**Name of Defendant** Brandon Delgado

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841(a)(1) | Possession/Distribution of Controlled Substances | 1-6 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |

**ADDITIONAL INFORMATION:**