UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) <br> UNITED STATES OF AMERICA ) <br> ) <br> ) <br> v. ) <br> ) <br> BRANDON DELGADO ) <br> ) <br> _____) | CRIMINAL NO. <br> 05 − 10176 − RCL |

### DEFENDANT BRANDON DELGADO'S MOTION FOR AUTHORIZATION FOR PRETRIAL SERVICES TO INTERVIEW A PROPOSED CUSTODIAL SUPERVISOR

The defendant Brandon Delgado ("Delgado") is presently under an order of detention that was entered without prejudice. Delgado intends to seek pretrial release and will propose Ms. Eleanor Vandiver, his great aunt, as a custodial supervisor, pursuant to 18 U.S.C. § 3142(c)(B)(i). Ms. Vandiver resides in a home she owns at 241 Tremont Street, New Bedford, Massachusetts, with two adopted children. Ms. Vandiver has been advised of the responsibilities of a custodial supervisor and is willing to act as the defendant's supervisor.

Delgado, through his counsel, understands that Pretrial Services must interview any proposed supervisor. Delgado, therefore, requests that the court authorize Pretrial Services to interview Ms. Vandiver for the purpose of determining whether she would be an appropriate custodial supervisor.

By his attorneys,

s/ Michael J. Liston

_____
Michael J. Liston BBO# 301760
2 Park Plaza, Suite 610
Boston, MA  02118
(617) 426-2281

Dated:  August 12, 2005