AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MASSACHUSETTS

**APPEARANCE**

Case Number: 05-CR-10176-RCL

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   U.S. v. Brandon Delgado

I certify that I am admitted to practice in this court.

| 8/29/05 | /s/ signature |
|---|---|
| Date | Signature |

Cynthia W. Lie, AUSA
Print Name                                           Bar Number

U.S. Attorney's Office
Address

| Boston | MA | 02210 |
|---|---|---|
| City | State | Zip Code |

| 617-748-3183 | 617-748-3954 |
|---|---|
| Phone Number | Fax Number |