UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>BRANDON DELGADO, )<br>)<br>Defendant. )<br>) | Criminal No. 05-CR-10176 (RCL) |

## JOINT STATUS REPORT

In accordance with LR 116.5(A), the parties hereby jointly file the following status report in this matter.

1. <u>Local Rule 116.3 Timing Requirements</u>

At this time the parties are not seeking relief from the timing requirements imposed by L.R. 116.3.

2. <u>Expert Discovery</u>

Should the case proceed to trial, the government expects to call an expert witness as to the drugs in the case and will provide defense with this material 21 days prior to trial.

3. <u>Additional Discovery</u>

All Rule 16 and automatic discovery materials have been provided to defendant's counsel or made available for counsel's review.

4. <u>Motion Date</u>

The parties are jointly requesting that September 26, 2005

1

be set as the date for all motions to be filed.

    5. <u>Speedy Trial Act Calculations</u>

The parties have conferred on the periods excludable from all Speedy Trial Act calculations and jointly submit that the following periods are excludable:

    7/21/05-8/31/05    Motion pending

The parties are requesting that the time between the filing of this status report and the date of the Final Status Conference be excluded from all Speedy Trial Act calculations in the interests of justice to allow the parties to discuss the possibility of a resolution of this case without trial.

As of the Final Status Conference, 0 days will have been counted and 70 days will remain under the Speedy Trial Act.

    6. <u>Anticipated Trial</u>

At this time, the parties cannot say yet whether a trial is anticipated. *7 days*

    7. <u>Final Status Conference</u>

The parties request that a Final Status Conference be scheduled for 30 days from today, or as soon thereafter as is convenient for the Court.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              UNITED STATES ATTORNEY

                         By:  /s/ Cynthia W. Lie
                              CYNTHIA W. LIE
                              Assistant U.S. Attorney
                              One Courthouse Way
                              Boston, MA
                              (617) 748-3183

Dated: September 1, 2005
                              /s/ Michael Liston
                              MICHAEL LISTON
                              2 Park Plaza, Suite 610
                              Boston, MA 02118

Dated: September 1, 2005
```