# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                                      CRIMINAL NO. 2005-10176-RCL

BRANDON DELGADO,
        Defendant.

## ORDER OF EXCLUDABLE DELAY

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

7/13/2005 - Indictment returned.

7/21/2005 - Arraignment

7/22 - 8/18/2005 - Excluded as per L.R. 112.2(A)(2)

8/31/2005 - Filing on Motion #15.

9/1/2005 - Conference held.

9/2 - 26/2005 - Excluded as per 18 U.S.C. § 3161(h)(1)(F).

Thus, as of September 26, 2005, NINETEEN (19) non-excludable days

will have occurred leaving FIFTY-ONE (51) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

September 6, 2005.