```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| _____ ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.                            ) | Criminal No. 05-CR-10176 (RCL) |
| ) | |
| BRANDON DELGADO,              ) | |
| ) | |
| Defendant.           ) | |
| _____) | |

### ASSENTED TO MOTION FOR FURTHER STATUS CONFERENCE

The United States of America and defendant, Brandon Delgado, respectfully request a further status conference after the status conference scheduled for September 28, 2005. The reason is that the government expects to supersede the current indictment, and defendant will need time to consider any new discovery and/or filings he may need to make. The parties request that the time from September 28th until the further status conference be excluded in the interest of justice. Defense attorney Michael Liston assented to this motion in a telephone conversation today.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ *Cynthia W. Lie*

CYNTHIA W. LIE
Assistant U.S. Attorney

1

Dated: September 27, 2005

Dated: September 27, 2005