UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>v.   )<br>  )<br>BRANDON DELGADO   )<br>    Defendant.   )<br>  )<br>  )<br>  )<br>  )<br>  )<br>  )<br>  )<br>  )<br>  )<br>  )<br>  )<br>  )<br>  )<br>  )<br>  ) | CRIMINAL NO. 05-10176-RCL<br><br>VIOLATIONS:<br>21 U.S.C. §841(a)(1) -<br>Possession With Intent To<br>Distribute and Distribution<br>of Controlled Substances<br><br>21 U.S.C. § 841(a)(1) --<br>Possession with Intent to<br>Distribute Cocaine<br><br>18 U.S.C. § 924(c)(1)(A)<br>Possession of a Firearm in<br>Furtherance of a Drug Trafficking<br>Crime<br><br>21 U.S.C. §853 - §841(a)(1) -<br>Criminal Forfeiture |

SUPERSEDING INDICTMENT

COUNT ONE:    (Title 21, United States Code, §841(a)(1) -
Possession With Intent to Distribute and
Distribution of Cocaine Base)

The Grand Jury charges that:

On or about September 2, 2004, at New Bedford, in the District of Massachusetts,

BRANDON DELGADO,

the defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, cocaine base, also known as "crack" cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section

841(a)(1).

<u>COUNT TWO</u>:     (Title 21, United States Code, §841(a)(1)-
Possession With Intent to Distribute and
Distribution of Cocaine Base)

The Grand Jury further charges that:

On or about November 4, 2004, at New Bedford, in the District of Massachusetts,

**BRANDON DELGADO,**

the defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, cocaine base, also known as "crack" cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT THREE:** (Title 21, United States Code, §841(a)(1) - Possession With Intent to Distribute and Distribution of Cocaine Base)

The Grand Jury further charges that:

On or about November 12, 2004, at New Bedford, in the District of Massachusetts,

**BRANDON DELGADO,**

the defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, cocaine base, also known as "crack" cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

COUNT FOUR:   (Title 21, United States Code, §841(a)(1) - Possession With Intent to Distribute and Distribution of Cocaine)

The Grand Jury further charges that:

On or about November 30, 2004, at New Bedford, in the District of Massachusetts,

**BRANDON DELGADO,**

the defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

COUNT FIVE:   (Title 21, United States Code, §841(a)(1) - Possession With Intent to Distribute and Distribution of Cocaine)

The Grand Jury further charges that:

On or about February 4, 2005, at New Bedford, in the District of Massachusetts,

**BRANDON DELGADO,**

the defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

COUNT SIX:    (Title 21, United States Code, §841(a)(1)-
Possession With Intent to Distribute and
Distribution of Cocaine)

The Grand Jury further charges that:

On or about April 4, 2005, at New Bedford, in the District of Massachusetts,

**BRANDON DELGADO,**

the defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT SEVEN:**   (Title 21, United States Code, §841(a)(1) - Possession With Intent to Distribute and Distribution of Cocaine)

The Grand Jury further charges that:

On or about May 18, 2005, at New Bedford, in the District of Massachusetts,

**BRANDON DELGADO,**

the defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

COUNT EIGHT:    (Title 21, United States Code, §841(a)(1)-
Possession With Intent to Distribute Cocaine)

The Grand Jury further charges that:

On or about May 26, 2005, at New Bedford, in the District of Massachusetts,

**BRANDON DELGADO,**

the defendant herein, did knowingly and intentionally possess with intent to distribute cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

COUNT NINE:   (Title 18, United States Code, §924(c)(1)(A)-
Possession of a Firearm in Furtherance of a Drug
Trafficking Crime)

The Grand Jury further charges that:

On or about May 26, 2005, at New Bedford, in the District of Massachusetts,

**BRANDON DELGADO,**

the defendant herein, knowingly and intentionally possessed in furtherance of the drug trafficking crime charged in Count Eight of the Indictment, a firearm, to wit: a Glock, Model 19, 9mm semi-automatic pistol bearing serial number GP891US.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)

## FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offenses alleged in Counts One through Nine of this Indictment,

**BRANDON DELGADO**

defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses, including, but not limited to, the following real and/or personal property:

> $5,000 in cash seized on May 26, 2005, from 193 Cottage Street, New Bedford, MA;

and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants -

> (a) cannot be located upon the exercise of due diligence;
>
> (b) has been transferred or sold to, or deposited with, a third party;
>
> (c) has been placed beyond the jurisdiction of the Court;
>
> (d) has been substantially diminished in value; or
>
> (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21,

United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

**A TRUE BILL**

_____
Foreperson of the Grand Jury


_____
Cynthia W. Lie
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS:                November 2, 2005


Returned into the District Court by the Grand Jurors and filed.

_____  11/2/05
Deputy Clerk              2:24 PM

Case 1:05-cr-10176-RCL   Document 25   Filed 11/02/2005   Page 15 of 16

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** New Bedford    **Category No.** II    **Investigating Agency** ATF

**City** New Bedford    **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf.   Yes         Case No.   05CR10176 RCL
Same Defendant   YES         New Defendant
Magistrate Judge Case Number   05M0406 RBC
Search Warrant Case Number   05M0460RBC
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   BRANDON DELGADO         Juvenile   ☐ Yes   ☒ No

Alias Name

Address   193 COTTAGE STREET

Birth date (Year only):  83    SSN (last 4 #):        Sex  M   Race:        Nationality:

Defense Counsel if known:   MICHAEL LISTON         Address:  2 park plaza suite 610
                                                                                   Boston, MA

Bar Number:

**U.S. Attorney Information:**

AUSA   Cynthia Lie         Bar Number if applicable

Interpreter:   ☐ Yes ☒ No    List language and/or dialect:

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested         ☐ Regular Process         ☒ In Custody

**Location Status:**

Arrest Date:   May 26, 2005

☒ Already in Federal Custody as   May 26, 2005    in
☐ Already in State Custody         ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by         on

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty   ☐ Misdemeanor   ☒ Felony  9

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   Nov 2, 2005    Signature of AUSA:

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant   BRANDON DELGADO

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 841 | Distribution of Cocaine Base | 1 |
| Set 2  21 USC 841 | Distribution of Cocaine Base | 2 |
| Set 3  21 USC 841 | Distribution of Cocaine | 3 |
| Set 4  21 USC 841 | Distribution of Cocaine | 4 |
| Set 5  21 USC 841 | Distribution of Cocaine | 5 |
| Set 6  21 USC 841 | Distribution of Cocaine | 6 |
| Set 7  21 USC 841 | Distribution of Cocaine | 7 |
| Set 8  21 USC 841 | PWID Cocaine | 8 |
| Set 9  21 USC 841 | possession firearm in furtherance of drug crime | 9 |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: