UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>BRANDON DELGADO )<br>)<br> | CRIMINAL NO.<br>05 − 10176 − RCL |

**DEFENDANT BRANDON DELGADO'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER OF DETENTION DATED SEPTEMBER 12, 2005**

On September 12, 2005, the court ordered that the defendant Brandon Delgado ("Delgado") be detained pending his trial on the grounds that − "There is a serious risk that the defendant will endanger the safety of another person or the community if released." In its statement of reasons for detention, the court focused on the fact that the conduct charged in the federal indictment is alleged to have taken place while Delgado was on release for firearms offenses pending in the Bristol County Superior Court. On October 21, 2005, after trial, the Bristol County Superior Court entered a required finding of not guilty on all such offenses.

Delgado requests that in light of these circumstances the court reconsider its detention order. Delgado further requests a hearing on this motion.

2

                                                  By his attorney,

                                                  s/Michael J. Liston
                                                  _____
                                                  Michael J. Liston BB0# 301760
                                                  2 Park Plaza, Suite 610
                                                  Boston, MA  02116
                                                  (617) 426-2281

Dated:  November 7, 2005