```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) |
| v. | ) Criminal No. 05-CR-10176 (RCL) |
|  | ) |
| BRANDON DELGADO, | ) |
|  | ) |
| Defendant. | ) |

## ASSENTED TO MOTION FOR PROTECTIVE ORDER

The United States of America respectfully requests that as to the cooperating witness's identity, the Court institute a protective order limiting the disclosure of the CW's identity to defense counsel, personnel working at defense counsel's direction, and defendant. Defense attorney, Michael Liston, assented to this motion in a telephone conversation on December 15, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  */s/ Cynthia W. Lie*

CYNTHIA W. LIE
Assistant U.S. Attorney

Dated: December 16, 2005

1