05 CR 10176 - RCL

December 23, 2005

To whom it may concern,

    In regards of my son Brandon Delgado. I believe in all my heart he will obey all rules that consists of. If he shall come home on a bracelet, I Do not feel he is a danger to society. If anything he is a great support to me and his sister and family. Brandon has become this young man whom, I feel he has learned his lesson he also was trying within all of his heart to accomplish everything that he needed to do for himself. I Believe he was just caught up in the wrong crowd. He needed to find out the hard way what that road of violence and drugs would have led him. Please take into consideration in your sentencing of my son.

                                                        Thank you,
                                                        Elizabeth Viera

*Elizabeth Viera*

OFFICE OF
B. COLLINGS
MAGISTRATE JUDGE

DEC 2005

UNITED STATES DISTRICT COURT
BOSTON MASSACHUSETTS