# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                                             CRIMINAL NO. 2005-10176-RCL

BRANDON DELGADO,
        Defendant.

## *FURTHER ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

    The Court orders the following period of time excludable from the time period within which trial must commence:

    11/07/2005 - Arraignment on Superseding Indictment.

.    11/7 - 12/22/2005- Filing to decision on Motion #27.

                                                                      */s/ Robert B. Collings*
                                                                       ROBERT B. COLLINGS
January 12, 2006.                                  United States Magistrate Judge