UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.   ) | CRIMINAL NO. 05-10176-RCL |
| ) | |
| BRANDON DELGADO   ) | |

APPEARANCE OF GOVERNMENT COUNSEL

The undersigned Assistant U.S. Attorney hereby appears as counsel in this case and asks to be added to the docket for purposes of receiving electronic notices in this case.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  /s/ Timothy Q. Feeley
                              TIMOTHY Q. FEELEY
April 19, 2006                Assistant U.S. Attorney
                              (617) 748-3172
```

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon defendant's counsel, Michael J. Liston, Esq., by electronic filing notice.

```
                              /s/ Timothy Q. Feeley
                              TIMOTHY Q. FEELEY
                              Assistant U.S. Attorney
```