UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )     CRIMINAL NO. 05-10176-RCL
        V.               )
                         )
BRANDON DELGADO          )

GOVERNMENT'S MOTION FOR ACCEPTANCE OF RESPONSIBILITY CREDIT

The government respectfully moves that this Court grant the defendant a full three-level reduction for acceptance of responsibility under U.S.S.G. §3E1.1(b). See U.S.S.G. §3E1.1, Application Note 6.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Timothy Q. Feeley
     TIMOTHY Q. FEELEY
     Assistant U.S. Attorney
     (617) 748-3172

October 4, 2006

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon defendant's counsel, Michael Liston, Esq., a copy of the foregoing document by hand and electronic filing notice.

/s/ Timothy Q. Feeley
TIMOTHY Q. FEELEY
Assistant U.S. Attorney