| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN |
|---|---|

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CR-05-10176-RCL |
|---|---|
| DEFENDANT<br>BRANDON DELGADO | TYPE OF PROCESS<br>Preliminary Order of Forfeiture |

| SERVE ▶ AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>PUBLICATION |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code) |

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Kristina E. Barclay, Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Please publish a copy of the attached Notice of Forfeiture at least once per week for three successive weeks in the Boston Herald or any other newspaper having a general circulation in this District, in accordance with the attached Preliminary Order of Forfeiture and applicable law.

CATS ID No. 05-ATF-001449                                   JLJ x.3297

Signature of Attorney or other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT

TELEPHONE NUMBER: (617) 748-3100

DATE: November 20, 2006

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. ___ | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above): [signature] Jillage

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
Bureau of ATF
Asset Forfeiture / Seized Property Branch
650 Massachusetts Ave., NW
Techworld, Suite 710
Washington, DC 20226

Date of Service: 1/30/07   Time: 9:30 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS:

See Arch Proof/Affidavit Published Dec 15, 22, 29 2007

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM 285 (Rev. 12/15/80) |
|---|---|---|

☐ USMS RECORD   ☐ NOTICE OF SERVICE   ☐ BILLING STATEMENT   ☐ ACKNOWLEDGEMENT OF RECEIPT

# PUBLISHER'S CERTIFICATE

Commonwealth of Massachusetts  } ss.
County of Suffolk

On this _29th_ day of _December_ A.D. 20_06_ personally appeared before the undersigned, a Notary Public, within and for the said county, _Madeleine M. Sheehan_ of the _Boston Herald_ a newspaper published by Boston Herald, Inc., in Boston, County of Suffolk, in the Commonwealth of Massachusetts, and who being duly sworn, states on oath that the _Case No 05-10176-RCL_ advertisement was published in said newspaper in its issues of

_Dec 15, 22, 29_ A.D. 20 _06_

_Madeleine M Sheehan_

Subscribed and sworn to before me this _29th_ day of _December_ A.D. 20 _06_

_Barbara Lundbohn_
Notary Public

My Commission Expires
11/1/2013

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NOTICE OF ORDER OF FORFEITURE
Criminal Case No. 05-10176-RCL
United States of America, District of Massachusetts, at Boston, Massachusetts.

Notice is hereby given that: on October 4, 2006, a Preliminary Order of Forfeiture was entered pursuant to 21 U.S.C. § 853 in the United States District Court against Defendant, Brandon Delgado's interest in the following:

$5,000.00 in U.S. Currency, seized on May 26, 2005, from 193 Cottage Street, New Bedford, MA.

Pursuant to the provisions set forth in 21 U.S.C. § 853(n), any person, other than the Defendant, asserting a legal interest in the asset set forth above within thirty (30) days of the final publication of this written notice or that person's receipt of direct written notice, whichever is earlier, must file a petition with the United States District Court in the District of Massachusetts, requesting a hearing to adjudicate the validity of his or her interest in the asset. The petition shall be signed by the petitioner under the penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the asset, any additional facts supporting the petitioner's claim, and the relief sought. The petition must also be served upon the United States Attorney's Office, Asset Forfeiture Unit, 1 Courthouse Way, Suite 9200, Boston, Massachusetts 02210. Attention: Asset Forfeiture Unit within thirty (30) day period provided under 21 U.S.C. § 853(n), incorporated by 18 U.S.C. § 981 and 982, and 21 U.S.C. § 2461(c).

Upon adjudication of all third party interests, the Court will enter a final order of forfeiture in which all such interests will be addressed. At that time, the United States of America intends to dispose of the above-described asset in accordance with law.

WILLIAM T. FALLON
ACTING UNITED STATES MARSHAL
DISTRICT OF MASSACHUSETTS   Dec 15, 22, 29