AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>BRANDON DELGADO | )<br>)<br>) Case No: 05-10176-RCL<br>) USM No: |
| Date of Previous Judgment:   10/05/2006<br>(Use Date of Last Amended Judgment if Applicable) | )<br>) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   ☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __57__ months **is reduced to** __46__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __25__          Amended Offense Level: __23__
Criminal History Category: __II__        Criminal History Category: __II__
Previous Guideline Range: __63__ to __78__ months    Amended Guideline Range: __51__ to __64__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __10/05/2006__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   _May 6, 2008_                              _William G. Young_
                                                          Judge's signature

Effective Date: _____              William G. Young, U.S. District Judge
   (if different from order date)                        Printed name and title